JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEVON RAMON SWINT,<br><br>      Petitioner,<br><br>  v.<br><br>JOSIE GASTELO,<br><br>      Respondent. | Case No. SACV 20-2008-ODW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 6, 2021

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE